1254

No. 96–7873.  HOLMAN *v.* PAGE, WARDEN.  C. A. 7th Cir. Certiorari denied.

No. 96–7921.  LUFKIN *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 96–7959.  SWIGER *v.* OHIO.  Ct. App. Ohio, Tuscarawas County.  Certiorari denied.

No. 96–7989.  IYAMU *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 96–8011.  NICOLETTI *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 96–8061.  RHODES *v.* BRIGANO, WARDEN.  C. A. 6th Cir. Certiorari denied.

No. 96–8072.  MUHAYMIN, AKA MOSBY *v.* UNITED STATES. C. A. 8th Cir.  Certiorari denied.

No. 96–8101.  VILLAREAL *v.* TEXAS.  Ct. Crim. App. Tex. Certiorari denied.

No. 96–8302.  SMULLS *v.* MISSOURI.  Sup. Ct. Mo.  Certiorari denied.

No. 96–8401.  BABA *v.* 1133 BUILDING CORP. ET AL.; and BABA *v.* EVANS ET AL.  App. Div., Sup. Ct. N. Y., 1st Jud. Dept.  Certiorari denied.

No. 96–8415.  McREYNOLDS *v.* KAYE, CHIEF JUDGE, COURT OF APPEALS OF NEW YORK.  C. A. 2d Cir.  Certiorari denied.

No. 96–8418.  PUGH *v.* MORALES, ATTORNEY GENERAL OF TEXAS, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 96–8420.  CASTEEL *v.* PIESCHEK, SHERIFF OF BROWN COUNTY JAIL, ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 96–8429.  McREYNOLDS *v.* MURPHY, PRESIDING JUSTICE, SUPREME COURT OF NEW YORK, APPELLATE DIVISION, FIRST JUDICIAL DEPARTMENT.  C. A. 2d Cir.  Certiorari denied.